UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-130-pp |
| Plaintiff, | |
| v. | |
| WILLIE JORDAN, IV, | |
| Defendant. | |

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT (DKT. NO. 2)**

---

The grand jury indicted the defendant on August 16, 2016. Dkt. No. 1. An arrest warrant issued immediately, but has never been returned. The government has filed a motion for leave to dismiss the indictment. Dkt. No. 2.

The court **GRANTS** the government's motion for leave to dismiss the indictment. Dkt. No. 2. The court **ORDERS** that the indictment, and this case, are dismissed without prejudice, subject to any applicable statutes of limitation.

Dated in Milwaukee, Wisconsin this 6th day of February, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**